IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| SARAH USRY, on behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV 116-010 |
| EQUITYEXPERTS.ORG, LLC, d/b/a Equity Experts, | ) ) ) | |
| Defendant. | ) ) | |

## **O R D E R**

Given the pendency of a May 9, 2016 deadline for Plaintiff to furnish her expert report under the current Scheduling Order, the Court **DIRECTS** Defendant to file an expedited response to the motion to amend the current case deadlines, (doc. no. 18), by the close of business on Wednesday, May 4, 2016.

SO ORDERED this 29th day of April, 2016, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA