IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

SARAH USRY and DANIEL DARNELL,
on behalf of themselves and
all others similarly situated,

    Plaintiffs,

    v.

EQUITY EXPERTS.ORG, LLC d/b/a
EQUITY EXPERTS,

    Defendant.

1:16-cv-010

## O R D E R

Presently before the Court is Plaintiffs' Motion for Class Certification and Supporting Memorandum of Law. (Doc. 61.) Plaintiffs, however, have not correctly labeled their electronically filed exhibits to correspond with the exhibits cited in their motion. For example, on page 5 of Plaintiffs' motion, Plaintiffs cite to "Addendum Exh. 7: Defendant's Responses to Plaintiff's Second Set of Interrogatories, Nos. 1-6" and "Addendum Exh. 4: Galofaro Dep. at 6-72, 74-79, 81-83, 84-86, 87-90, 96-99." (Doc. 61 at 5.) But, on the electronically filed record, Exhibit 7 is the Expert Report of Wright McLeod and Exhibit 4 is the Affadavit of Sarah Usry. The Galofaro Deposition is actually Exhibit 12 and Defendant's

Responses to Plaintiff's Second Set of Interrogatories appears to be Exhibit 6.

Accordingly, to ensure that the record is clear, the Court **ORDERS** Plaintiffs to refile their motion for class certification so that all citations to exhibits in their motion are properly labelled to correspond with the electronically filed exhibits. Plaintiffs **SHALL** have until **January 16, 2018,** to refile their motion. Plaintiffs **SHALL NOT** make any substantive changes to their brief or exhibits.

**ORDER ENTERED** at Augusta, Georgia, this 11th day of January, 2018.

/s/ J. Randal Hall
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA