UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| Sarah Usry and Daniel Darnell, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>EquityExperts.org, LLC doing business as Equity Experts, *et al*.<br><br>    Defendants. | Case No.: 1:16-cv-00010-JRH-BKE<br>Hon. Judge J. Randal Hall<br>Magistrate Judge Brian K. Epps |

## MOTION TO WITHDRAW AS CO-COUNSEL TO DEFENDANT EQUITY EXPERTS.ORG, LLC

Pursuant to Local Rule 83.7, undersigned counsel for Defendant EquityExperts.org, LLC ("Equity Experts"), respectfully requests leave to withdraw as co-counsel of record for Equity Experts. In support of this motion, undersigned counsel state as follows:

1. Undersigned counsel, Charity A. Olson, recently resigned from private practice to pursue other employment opportunities.

2. On or about March 13, 2019, Equity Experts, by and through Katrina DeMarte, Esq., of Magdich Law, provided notice to all counsel of record that Equity Experts had retained Ms. Demarte and Jim Bass of the Law Offices of James O.

1

Bass, P.C., to represent Equity Experts in this matter in the place of undersigned counsel and Kyle Kotake of Brock & Scott, PLLC. A copy of this correspondence is attached as **Exhibit A**.

3. On March 14, 2019, Plaintiffs' counsel, David E. Hudson, communicated that Plaintiffs "consent" to the withdrawal of undersigned counsel. *Id*.

4. Undersigned counsel's withdrawal will not have a material adverse effect on the interests of Equity Experts given Equity Experts' retention of counsel, nor will undersigned counsel's withdrawal delay or otherwise impede the orderly progression of this matter.

5. A proposed order granting the relief sought is attached as **Exhibit B**.

Dated: March 19, 2019                    Respectfully Submitted,

/s/ Charity A. Olson
Charity A. Olson, Esq.
P.O. Box 133
Hartland, MI 48353
(734) 222-5179
colson@olsonlawpc.com

## CERTIFICATE OF SERVICE

     I, Charity A. Olson, hereby state that on March 19, 2019, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to the attorneys of record.

<u>/s/ Charity A. Olson</u>
Charity A. Olson, Esq.
colson@olsonlawpc.com
