UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| SARAH USRY and DANIEL DARNELL on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> EQUITYEXPERTS.ORG, LLC d/b/a EQUITY EXPERTS, JACQUELINE GALOFARO, MICHAEL NOVAK, AND MARK BREDOW, <br><br> Defendants. | Case No.: 1:16-cv-00010-JRH-BKE |

## DECLARATION OF MICHAEL NOVAK

1. I, Michael Novak, am the President for EquityExperts.org, LLC, and have been employed there since 2009, and make this declaration based upon my personal knowledge and in support of Defendant's motion for reconsideration and motion for summary judgment. I do not currently have a direct ownership interest in EquityExperts.org, LLC.

2. It is extremely unlikely that I have ever had any contact or communication – whether it be by letter, phone, email, or other means – with the named class representatives in this action.

3. It is extremely unlikely that I have ever had any contact or communication – whether it be by letter, phone, email, or other means – with any Georgia consumers.

4. I do not engage in the day-to-day direction, training, or guidance of employees as it relates to debt collection activities or efforts.

5.  I do not engage in the day-to-day direction, training, or guidance of employees as it relates to debt collection activities or efforts who had direct contact or communication with the named Plaintiffs or any Georgia consumers.

6.  I did not draft the letters at issue in Plaintiffs' Complaint.

7.  I did not send the letters at issue in Plaintiffs' Complaint.

8.  I did not determine the payment plans or settlement offers that would be extended to the Plaintiffs or Georgia consumers.

9.  I did not create the letters, policies, or procedures for EquityExperts.org, LLC, as many of those letters, policies, or procedures predated my employment with EquityExperts.org, LLC, or were created by outside counsel or compliance counsel.

10. Additionally, letters, policies, and procedures were updated, drafted and approved by outside compliance counsel over time.

11. Outside of court proceedings, or rare and extreme circumstances, I would not have contact or communication with any consumers.

12. My duties with EquityExperts.org, LLC, are not to review, draft, or approve, the letters, policies, or procedures for EquityExperts.org, LLC, that are specifically at issue in Plaintiffs' Complaint in this matter.

13. During my course of employment with EquityExperts.org, LLC, my primary responsibilities have included financial management, consistent of funding and capitalization of the organization, accounting and balancing the books, working with banks, accountants, CPAs, and other professional services firms. Additional ancillary responsibilities have included leadership team management and coaching, sales and business development, developing new service offerings to our client base, client relations, helping technology advancements, and

responding to client requests as needed to meet the needs of our unique growing non-profit-clientele.

14. I do not regularly attempt to collect debts during the course of my employment.

15. My net worth is at or approaching $0.00.

**Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct.**

Dated: March 19, 2020

/s/Michael Novak