UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| SARAH USRY and DANIEL DARNELL on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> EQUITYEXPERTS.ORG, LLC d/b/a EQUITY EXPERTS, JACQUELINE GALOFARO, MICHAEL NOVAK, AND MARK BREDOW, <br><br> Defendants. | Case No.: 1:16-cv-00010-JRH-BKE |

## DECLARATION OF MARK BREDOW

1. I, Mark Bredow, am an attorney licensed to practice law in the State of Michigan.

2. I was formerly employed by EquityExperts.org, LLC, as a compliance officer, between July 2015- January 2017, and make this declaration based upon my personal knowledge and in support of Defendant's motion for reconsideration and motion for summary judgment.

3. I do not now have, nor have I ever had, any ownership interest in EquityExperts.org, LLC.

4. I was not a manager or supervisor of any employees at EquityExperts.org, LLC.

5. At no point in time did I ever have any contact or communicate – whether it be by letter, phone, email, or other means – with the named class representatives in this action.

6. At no point in time did I ever have any contact or communicate – whether it be by letter, phone, email, or other means – with any Georgia consumers.

7. At no point in time did I ever direct employees of EquityExperts.org, LLC, to initiate contact or communicate with consumers located within Georgia, or elsewhere.

8.    At no point in time did I ever direct employees of EquityExperts.org, LLC, to initiate contact or communicate with consumers located within Georgia specifically for the purpose of collecting debts.

9.    I did not train or supervise any EquityExperts.org, LLC employees, including those who had direct contact or communication with the named Plaintiffs or any Georgia consumers.

10.   I did not send the letters at issue in Plaintiffs' Complaint.

11.   I did not draft the liens at issue in Plaintiffs' Complaint, nor have I drafted any liens used in any other state.

12.   I did not record the liens at issue in Plaintiffs' Complaint, nor have I drafted any liens used in any other state.

13.   I did not determine the payment plans or settlement offers that would be extended to the Plaintiffs or Georgia consumers.

14.   I did not develop EquityExperts.org, LLC's business model.

15.   I did not develop or implement EquityExperts.org, LLC's collection efforts at issue in Plaintiffs' Complaint.

16.   I did not set the prices or fees that EquityExperts.org, LLC charged its clients for its services.

17.   The letters, policies, or procedures at issue in Plaintiffs' Amended Complaint predated my employment with EquityExperts.org, LLC, and the letters, policies, or procedures at issue in Plaintiffs' Amended Complaint during the course of my employment were drafted and updated by outside compliance counsel, whereby I merely served as a conduit between compliance counsel and Equity Experts..

18.   I did not authorize the usage of any of the letters, policies, or procedures for EquityExperts.org, LLC, that are implicated in Plaintiffs' Amended Complaint, as those decisions

came from outside compliance counsel, I merely served as conduit between outside compliance counsel and EquityExperts.org, LLC who made those decisions.

19. I did not at any time during my employment review or supervise any employees at EquityExperts.org, LLC.

20. During my course of employment with EquityExperts.org, LLC, it was not within my job responsibilities and would have been against my understanding of policy for me to have contact or communication with any consumer. And, in fact, I did not have contact or communicate with any consumers.

21. During my course of employment with EquityExperts.org, LLC, it was not within my job responsibilities and would have been against my understanding of policy for me to direct another employee to initiate contact or communication with any consumer. And, in fact, I did not direct another employee to initiate contact or communicate with any consumers.

22. My duties with EquityExperts.org, LLC, were not to review, draft, or approve, the letters, policies, or procedures for EquityExperts.org, LLC, that are specifically at issue in Plaintiffs' Complaint in this matter.

23. During my course of employment with EquityExperts.org, LLC, my responsibilities were:

    a. To draft for management review proposed policies and procedures for use after February 2015, to ensure continuing compliance with the requirements of state and federal law;

    b. To review and to report to management about complaints received after February 2015, relating to the business activities of EquityExperts.org;

      c. To review and monitor the licensing requirements of each state where EquityExperts.org, LLC's clients conducted business, and to apply for licensing in states that required the same;

      d. To propose for management review and approval additions, deletions and corrections to EquityExperts.org, LLC's contract for services;

      e. To electronically deliver amendments to existing client contracts to existing clients and monitor responses;

      f. To monitor the computer network and worked with outside vendors to maintain same;

      g. Assisted management in utilizing the company's QLaw software program to monitor the collection process, to ensure regulatory compliance, to meet the timelines of client requests and reporting, and to improve efficiencies and lower the costs of the collection processes.

      h. To set up new employees on the computer network;

      i. Set up telephones and voicemail prompts.

24. During my course of employment with EquityExperts.org, LLC, I primarily spent my time:

      a. Reviewing and reporting to management about complaints received relating to the activities of EquityExperts.org;

      b. Reviewing and monitoring the licensing requirements of each state where EquityExperts.org, LLC's clients conducted business, and to apply for licensing in states that required the same;

      c. Drafting for management review and approval additions, deletions and corrections to EquityExperts.org, LLC's contract for services;

    d. Monitoring computer network and worked with outside vendors to maintain same;

    e. Assisting in utilizing the company's QLaw software program to monitor the collection process, to ensure regulatory compliance, to meet the timelines of client requests and reporting, and to improve efficiencies and lower the costs of the collection processes.

    f. Setting up new employees on the computer network; Setting up telephones and voicemail prompts

25. I did not regularly attempt to collect debts during the course of my employment with EquityExperts.org, LLC.

26. Upon information and belief, I currently have a negative net worth. I do not include in my net worth, $75,000.00 equity in the home where I live, title to which is in a family trust, nor do I include funds that I hold in my IRA retirement account. These items are exempt from attachment by any creditor, and would also be offset by my approximate $194,000.00 in debt.

**Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct.**

Dated: March 19, 2020

                                              /s/ *Mark E. Bredow*