UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| SARAH USRY and DANIEL DARNELL on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> EQUITYEXPERTS.ORG, LLC d/b/a EQUITY EXPERTS, JACQUELINE GALOFARO, MICHAEL NOVAK, AND MARK BREDOW, <br><br> Defendants. | Case No.: 1:16-cv-00010-JRH-BKE |

## DECLARATION OF JACQUELINE GALOFARO

1. I, Jacqueline Galofaro, am currently the General Counsel and Vice President for EquityExperts.org, LLC, and have been employed there since 2011. I make this declaration based upon my personal knowledge and in support of Defendant's motion for reconsideration and motion for summary judgment. I do not currently have an ownership interest in EquityExperts.org, LLC.

2. I cannot personally recall any direct contact – whether it be by letter, phone, email, or other means – with the named class representatives in this action, as my primary responsibilities do not include regular contact with consumers.

3. Taking into account the past nine years of my employment, my primary role and responsibilities do not regularly involve direct contact or communication – whether it be by letter, phone, email, or other means – with Georgia consumers.

4. Taking into account the past nine years of my employment, my primary role and responsibilities do not regularly involve the day-to-day direction, training, or guidance of employees as it relates to debt collection activities or efforts.

5. Taking into account the past nine years of my employment, my primary role and responsibilities do not regularly involve the day-to-day direction, training, or guidance of employees as it relates to debt collection activities or efforts who have or had direct contact or communication with the named Plaintiffs or any Georgia consumers.

6. I did not draft the letters at issue in Plaintiffs' Complaint.

7. I did not send the letters at issue in Plaintiffs' Complaint.

8. To the best of my knowledge and recollection, I did not regularly determine the specific payment plans or settlement offers that would be extended to the Plaintiffs or Georgia consumers.

9. I did not personally create the letters, policies, or procedures for EquityExperts.org, LLC, as many of those letters, policies, or procedures predated my employment with EquityExperts.org, LLC, or were created with outside counsel or compliance counsel.

10. Additionally, letters, policies, and procedures were updated, drafted and approved by outside compliance counsel over time.

11. Outside of court proceedings, or rare and extreme circumstances, it is not my primary role and responsibility to have direct contact with consumers.

12. My duties with EquityExperts.org, LLC, were not primarily to review, draft, or approve, the letters, policies, or procedures for EquityExperts.org, LLC, that are specifically at

issue in Plaintiffs' Complaint in this matter. Most of that work was completed by outside counsel or compliance counsel.

13. During my course of employment with EquityExperts.org, LLC, my primary responsibilities have included corporate organization legal matters, general business operations, vendor agreements, and defense litigation. Additional ancillary responsibilities have included, sales and business development, developing new service offerings to our client base, client relations, helping technology advancements, and responding to client requests as needed to meet the needs of our unique growing non-profit-clientele.

14. I do not regularly attempt to collect debts during the course of my employment.

15. I have a negative net worth. I have substantial debt that exceeds the amount of any assets which I may possess.

**Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct.**

Dated: March 19, 2020

*/s/Jacqueline Galofaro*