# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JEFFREY CROSS, PAMELA CROSS,<br>　　　　Plaintiff(s),<br><br>vs.<br><br>EQUITYEXPERTS.ORG, LLC, doing business as Equity Experts,<br>　　　　Defendant(s). | CIVIL ACTION FILE<br><br>NO. 1:17-cv-03804-AT |

## DEFAULT JUDGMENT

This action having come before the Court, Honorable Amy Totenberg, United States District Judge, for consideration of the Magistrate Judge's Report and Recommendation and the plaintiffs' Motion for Default Judgment, and the Court having adopted in part said recommendation and granted the plaintiffs' Motion for Default Judgment as to their claims under the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 et seq., the Georgia Fair Business Practices Act, O.C.G.A. § 10-1-390 et seq., for the Georgia tort of slander of title, and for the Georgia tort of abusive collection, it is

ORDERED AND ADJUDGED, that the plaintiffs JEFFREY CROSS and PAMELA CROSS, recover from the defendant EQUITYEXPERTS.ORG, LLC, *doing business as* Equity Experts, the amount of $147,702.35 in the total amount, consisting of $135,228.48 in damages, attorney's fees of $11,426.00, and costs of $1,047.87.

Dated at Atlanta, Georgia this 12th day of September, 2019.

　　　　　　　　　　　　　　　　　　JAMES N. HATTEN
　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　By: s/Brittany Poley
　　　　　　　　　　　　　　　　　　Deputy Clerk

Cross et al v. Equityexperts.org, LLC
Civil Action No. 1:17-cv-03804-AT
Clerk's Judgment
Page 2

Prepared, filed, and entered
In the Clerk's Office
September 12, 2019
James N. Hatten
Clerk of Court

By: s/Brittany Poley
　　　Deputy Clerk