# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| SARAH USRY and DANIEL DARNELL on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>EQUITYEXPERTS.ORG, LLC d/b/a EQUITY EXPERTS, JACQUELINE GALOFARO, MICHAEL NOVAK, AND MARK BREDOW,<br><br>  Defendants. | Case No.: 1:16-cv-00010-JRH-BKE |

## DEFENDANT'S RESPONSE TO PLAINTIFFS' PROPOSED CLASS NOTICE

Defendants object to the class notice proposed by Plaintiffs to the extent that the questionnaire fails to include any inquiry designed to determine whether the debt owed by the responding party is a "consumer" debt, as that term is defined by the Fair Debt Collection Practices Act. For the purpose of preserving issues for appeal, Defendants also object to the proposed class notice for the reasons set forth in their response to Plaintiffs' motion for class certification and motion for reconsideration of the Court's decision granting Plaintiff's motion for class certification.

This 25th day of November, 2020.

                                                                                                     Respectfully submitted by:
LAW OFFICES OF JAMES O. BASS, PC

/s/ James O. Bass

James O. Bass
Attorney for Defendants
Georgia Bar No. 041239

Law Offices of James O. Bass, PC
420 Creekstone Ridge
Woodstock, GA 30188
770-874-6464
jim@bass.law

# CERTIFICATE OF SERVICE

The undersigned certifies that a precise copy of the above DEFENDANT'S RESPONSE TO PLAINTIFFS' PROPOSED CLASS NOTICE was filed via the Court's Electronic Case Filing System which automatically sends electronic notice to counsel of record as follows:

David E. Hudson, Esq.
HULL BARRETT, PC
P.O. Box 1564
Augusta, Georgia
30903-1564
grobertson@hullbarrett.com
dhudson@hullbarrett.com
msnyder@hullbarrett.com

This 25th day of November, 2020

                                                Respectfully submitted by:
                                                LAW OFFICES OF JAMES O. BASS, PC

                                                /s/ James O. Bass
                                                James O. Bass
                                                Attorney for Defendants
                                                Georgia Bar No. 041239

Law Offices of James O. Bass, PC
420 Creekstone Ridge
Woodstock, GA 30188
770-874-6464
jim@bass.law