# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 21, 2021

Katrina M. DeMarte
DeMarte Law, PLLC
39555 ORCHARD HILL PL STE 600
PMB 6338
NOVI, MI 48375

Appeal Number: 20-90027-A
Case Style: Jacqueline Galofaro, et al v. Sarah Usry
District Court Docket No: 1:16-cv-00010-JRH-BKE

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Denise E. O'Guin, A/gmp
Phone #: (404) 335-6188

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 20-90027-A

EQUITYEXPERTS.ORG, LLC,
d.b.a. Equity Experts,
JACQUELINE GALOFARO,
MICHAEL NOVAK,
MARK BREDOW,

                                                  Petitioners,

versus

SARAH USRY, et al.,

                                                  Respondents.

Petition for Permission to Appeal from the
United States District Court for the Southern District of Georgia

Before: WILLIAM PRYOR, LUCK and BRASHER, Circuit Judges.

BY THE COURT:

    The Petition for Permission to Appeal pursuant to Fed.R.Civ.P. 23(f) is DENIED.