# United States District Court
## *Southern District of Georgia*

Susan Usry and Daniel Darnell

_____
Plaintiff

Case No.   1:16-cv-00010-JRH-BKE

v.   EquityExperts.Org, LLC d/b/a Equity Experts

_____
Defendant

Appearing on behalf of

Defendant
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This _____ day of _____ , _____ .


_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

NAME OF PETITIONER:   Leslie Carol Bender, Esq.

Business Address:   Clark Hill PLC
                    Firm/Business Name

1001 Pennsylvania Avenue, NW, Suite 1300
Street Address

_____  Washington   DC    20004
Street Address (con't)    City    State   Zip

Mailing Address (if other than street address)

_____  _____  _____  _____
Address Line 2     City            State    Zip

202-552-2365
Telephone Number (w/ area code)    Georgia Bar Number

Email Address:   lbender@clarkhill.com

# United States District Court
## Southern District of Georgia

Susan Usry and Daniel Darnell

Plaintiff

Case No. 1:16-cv-00010-JRH-BKE

v. EquityExperts.Org, LLC d/b/a Equity Experts

Defendant

Appearing on behalf of: _____

Defendant

(Plaintiff/Defendant)

### APPLICATION FOR ADMISSION PRO HAC VICE

***Petitioner***, Leslie Carol Bender, Esq. hereby requests permission to appear pro hac vice in the subject case filed in the Augusta Division of the United States District Court for the Southern District of Georgia. ***Petitioner*** states under the penalty of perjury that (he/she) is a member in good standing of the Bar of the United States Court, Maryland and District of Columbia. ***Petitioner*** states further that (he/she) is eligible for admission under Local Rule 83.4 and that (he/she) does not reside or maintain an office for the practice of law in the Southern District of Georgia.

***Petitioner*** designates James O. Bass as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

***Petitioner*** further certifies that (s)he has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia.

This 16 day of February, 2021.

/s/ Leslie Carol Bender

(Signature of ***Petitioner***)

### CONSENT OF DESIGNATED LOCAL COUNSEL

I, James O. Bass, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the ***Petitioner*** fail to respond to any Court order for appearance or otherwise. This 16 day of February, 2021.

| | |
|---|---|
| 041239 | /s/ James O. Bass |
| Georgia Bar Number | Signature of Local Counsel |
| 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 | Law Offices of James O. Bass, PC (Law Firm) |
| Business Telephone | 420 Creekstone Ridge (Business Address) |
| | Woodstock, GA 30188 (City, State, Zip) |
| | Same (Mailing Address) |
| | jim@bass.law (Email Address) |

## **APPLICATION FOR ADMISSION *PRO HAC VICE* CONTINUED**

Provide a list of all cases filed in this Court in which applicant, Leslie Carol Bender, has appeared as counsel: **None**.

# Certificate of Good Standing



## UNITED STATES DISTRICT COURT

## DISTRICT OF MARYLAND

I, Felicia C. Cannon, Clerk of the United States District Court for the District of Maryland, certify that Leslie Carol Bender, Bar No. 03227, was duly admitted to practice in this Court on 1/27/1984, and is in good standing as a member of the Bar of this Court.

Clerk of Court

Date: 2/3/2021

Sierra Dennison
Deputy Clerk

*This Certificate is valid for 90 days from the date issued.*

# United States District & Bankruptcy Courts
# for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

I, **ANGELA D. CAESAR**, Clerk of the United States District Court for the District of Columbia, do hereby certify that:

## LESLIE CAROL BENDER

was, on the ___4th___ day of _____April_____ A.D. __1988__ admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this ___5th___ day of ____February____ A.D. __2021__.



**ANGELA D. CAESAR, CLERK**

By: _J. Jefferson_
Deputy Clerk